

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

James Thomas Greene, Jr.,

Vs. No. 11-15-00212-CR

The State of Texas,

* From the 104th District Court
  of Taylor County,
  Trial Court No. 19142B.

* February 2, 2017

* Per Curiam Memorandum Opinion
  (Panel consists of: Wright, C.J.,
  Willson, J., and Bailey, J.)

This court has considered James Thomas Greene, Jr.'s motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.